[No. 9951–2–III.   Division Three.   June 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED JOSEPH LIND, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 88–1–00078–8, Ted Kolbaba, J., entered March 27, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 23662–8–I.   Division One.   June 25, 1990.]

SHUPE ENERGY DEVELOPMENT COMPANY, *Respondent,* v. BONNEVILLE PACIFIC CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–04574–7, Mary Wicks Brucker, J., entered January 9, 1989. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse, A.C.J., and Pekelis, J.

[No. 21120–0–I.   Division One.   June 25, 1990.]

ROBERT A. ANDERSON, ET AL, *Appellants,* v. WESTERN DATA ASSOCIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–01485–5, Norman W. Quinn, J., entered September 16, 1987. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Grosse, A.C.J., and Forrest, J.